UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD BAKER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. C18-1720 RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

(1) Plaintiff shall be issued summonses.

(2) Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

DATED this 4th day of December, 2018.

RICARDO S. MARTINEZ
Chief United States District Judge